UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD E. CARMONY, | ) | 1:07-CV-01176 LJO NEW (DLB) HC |
|       Petitioner, | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS |
| STEVEN MAYBERG, et al., | ) | |
|       Respondents. | ) | |

On August 13, 2007, Petitioner filed a petition for writ of habeas corpus in this Court.

**DISCUSSION**

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus. The Court must dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing 2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990). A federal court may only grant a petition for writ of habeas corpus if the petitioner can show that "he is in custody in violation of the Constitution . . . ." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge the "legality or duration" of his confinement. Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991), *quoting*, Preiser v. Rodriguez, 411 U.S. 475, 485 (1973); Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases. In contrast, a civil rights action pursuant to

1 | 42 U.S.C. § 1983 is the proper method for a prisoner to challenge the conditions of that confinement.
2 | <u>McCarthy v. Bronson</u>, 500 U.S. 136, 141-42 (1991);  <u>Preiser</u>, 411 U.S. at 499; <u>Badea</u>, 931 F.2d at
3 | 574; Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.
4 |         In this case, Petitioner challenges the conditions of his detainment at Coalinga State Hospital.
5 | Thus, Petitioner is not entitled to habeas corpus relief, and this petition must be dismissed.

**RECOMMENDATION**

7 |         Accordingly, the Court RECOMMENDS that the petition for writ of habeas corpus be
8 | DISMISSED because the petition does not allege grounds that would entitle Petitioner to habeas
9 | corpus relief.
10 |         This Findings and Recommendation is submitted to the Honorable Lawrence J. O'Neill,
11 | United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule
12 | 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of
13 | California.  Within thirty (30) days after being served with a copy, any party may file written
14 | objections with the court and serve a copy on all parties.  Such a document should be captioned
15 | "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall
16 | be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the
17 | objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636
18 | (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive
19 | the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
20 |         IT IS SO ORDERED.
21 |         Dated:   **August 31, 2007**                    /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE